No. 771. ROSEMONT ENTERPRISES, INC. *v.* RANDOM HOUSE, INC., ET AL. C. A. 2d Cir. Certiorari denied. *Chester C. Davis* and *Lola S. Lea* for petitioner. *Horace S. Manges* for respondents.

No. 776. BANZER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Walter H. Evans* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 780. PANCZKO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* and *Melvin B. Lewis* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 783. SCHEIN, DBA HENRY SCHEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jerome T. Orans* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 784. ROBINSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Robert M. Scott* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 785. BUTTERFIELD *v.* PLASTIC CONTACT LENS Co. C. A. 9th Cir. Certiorari denied. *Collins Mason* for petitioner. *Dugald S. McDougall, Irwin Panter, James C. Dezendorf* and *Carl Hoppe* for respondent.